**Motion Granted in Part and Order filed January 6, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01022-CV
_____

### NEWSTREAM HOTEL PARTNER-IAH, LLC, Appellant

### V.

### UC RED LION HOUSTON HOLDER, LLC AS SUCCESSOR IN INTEREST TO UC FUNDING, LLC, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-71008**

## ORDER

On January 6, 2020, appellant filed its "Emergency Motion to Review Denial of Supersedeas and for Temporary Order Staying Foreclosure Pending Appeal." Appellee filed an initial response to the motion the same day, reserving a right to file a further response.

It appears from the allegations in the motion that appellant's request for relief requires further consideration and that appellant will be prejudiced unless immediate

temporary relief is granted. We therefore GRANT IN PART appellant's emergency motion and issue the following order:

The foreclosure sale on the Property, as that term is defined in appellant's emergency motion, scheduled for January 7, 2020, is **STAYED** pending a final decision by this court in this appeal or until further order of this court.

Appellee may file a further response to appellant's emergency motion. Any such response is due within 10 days of this order.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.